UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISHA MARIE BAILEY,

     Plaintiff,                          Case No. 20-cv-12752
                                          Hon. Matthew F. Leitman

v.

JUDGE SANDRA HARRISON,

     Defendant.

_____/

### ORDER (1) VACATING ORDER TO SHOW CAUSE (ECF No. 5); (2) DISMISSING ACTION WITHOUT PREJUDICE; AND (3) TERMINATING APPLICATION TO PROCEED IN FORMA PAUPERIS (ECF No. 2) AS MOOT

On October 5, 2020, Plaintiff Lisha Marie Bailey filed this action pursuant to 42 U.S.C. § 1983 against Judge Sandra Harrison, a judge on the Macomb County Probate Court. (*See* Compl., ECF No. 1.)  In the Complaint, Bailey alleges that (1) Judge Harrison threatened to "lock [Bailey] in [a] mental hospital" and (2) "den[ied Bailey] a jury trial." (*Id.*, PageID.4-5.)  Johnson has also filed an application to proceed *in forma pauperis* in this action. (*See* Application, ECF No. 2.)

Upon review of Johnson's Complaint, the Court questioned whether Bailey had pleaded a viable claim against Judge Harrison.  For example, Bailey alleges that Judge Harrison "threatened" to send Bailey to a mental hospital.  But Bailey does not allege that Judge Harrison took any steps to follow through on that threat.  Nor does Bailey allege that she was sent to such a hospital.  In addition, while Bailey claims that Judge Harrison

1

deprived her of her constitutional right to a jury trial, Bailey does not plead any facts showing that she actually had a Sixth Amendment right to a trial by jury.

For all of these reasons, on December 4, 2020, the Court ordered Bailey to show cause why it should not dismiss her Complaint. (*See* Order, ECF No. 5.)  In the alternative, the Court told Bailey that she could file a First Amended Complaint addressing the pleading deficiencies identified in the Court's order. (*See id.*)  The Court directed Bailey to respond to its order by January 15, 2021. (*See id.*, PageID.26.)  And it told Bailey that if she did not respond to the order by that date, the Court would "dismiss her Complaint without prejudice." (*Id.*)

Bailey has not filed any response to the Court's order.  Nor has she asked the Court for additional time to respond to that order.  Therefore, **IT IS HEREBY ORDERED** that (1) the Court's December 4, 2020, order to show cause (ECF No. 5) is **VACATED**; (2) Bailey's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** due to her failure to comply with the Court's order, and (3) Bailey's application to proceed *in forma pauperis* (ECF No. 3) is **TERMINATED AS MOOT**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  February 25, 2021          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 25, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2